UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                            Case No. 09-32815-LMI

SYSTEMONE TECHNOLOGIES, INC.,                     Chapter 11

_____Debtor._____/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

Pursuant to Local Rule 3022-1 (A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The Plan of Reorganization (the "**Plan**") in this case was confirmed on November 25, 2009. The Plan provided for a 100% dividend to general unsecured creditors.

2. The deposit required by the Plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed, and final distributions have been made to creditors

3. There are no longer any pending adversary proceedings or contested matters in this case which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

| | |
|---|---:|
| Greenberg Traurig, P.A., as general bankruptcy counsel for SystemOne Technologies, Inc. | $14,692.90 |
| U.S. Trustee Fees | $0.00[1] |
| Total | $14,692.90 |

---

[1] The Debtor is current on its quarterly fee payments to the United States Trustee (through March 31, 2010), and will make the next United States Trustee quarterly fee payment when it comes due.

5. Attached as Exhibit A is a distribution report detailing the payments made under the Plan on and after the Effective Date.

WHEREFORE, the undersigned respectfully requests that this Court enter a Final Decree and close this fully administered case.

I hereby certify that a copy of this report including attachments was mailed to the Office of the United States Trustee on April 27, 2010.

Dated: April 27, 2010                    Respectfully submitted,

                                         GREENBERG TRAURIG, P.A.


                                         s/ Ari Newman
                                         ARI NEWMAN
                                         Florida Bar No. 56575
                                         1221 Brickell Avenue
                                         Miami, FL  33131
                                         Telephone: (305) 579-0500
                                         Facsimile: (305) 579-0717
                                         Email: newmanar@gtlaw.com

                                         *Counsel for SystemOne Technologies, Inc*.

# EXHIBIT A

## LIST OF CREDITORS PAID PURSUANT TO THE PLAN

The following is a list of creditors paid as provided for by the confirmed Plan. These creditors are indicated by class and amount as scheduled or claimed including totals by class.

| CLASS | CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE | SCHEDULED AND/OR CLAIM AMOUNT | DIVIDEND PAID PURSUANT TO PLAN |
|---|---|---|---|
| 1 | Adela H. Manteiga | $881.61 | $881.61 |
| 1 | Bihn Luu | $2,555.36 | $2,555.36 |
| 1 | Carlos Suarez | $2,029.93 | $2,029.93 |
| 1 | Christopher Hiatt | $1,528.29 | $1,528.29 |
| 1 | Gregory Rojo | $466.87 | $466.87 |
| 1 | Jason Gower | $731.16 | $731.16 |
| 1 | Jose M. Colarte | $572.87 | $572.87 |
| 1 | Lazaro Vazquez | $1,040.94 | $1,040.94 |
| 1 | Oscar Sanchez | $1,670.84 | $1,670.84 |
| 1 | Paul I Mansur | $7,734.46 | $7,734.46 |
| | **Total Class 1** | **$19,212.33** | **$19,212.33** |
| | | | |
| 2 | None | n/a | n/a |
| | **Total Class 2** | **n/a** | **n/a** |
| | | | |
| 3 | Inter-Tel Leasing, Inc. | $5,833.33 | $5,833.33 |
| 3 | Kenneth Leung | $25,000.00 | $25,000.00 |
| | **Total Class 3** | **$30,833.33** | **$30,833.33** |
| | | | |
| 4 | Hanseatic Americas Inc. | $3,725,959.00 | Paid pursuant to the Plan |
| 4 | SMH PE Management LLC | $797,355.00 | Paid pursuant to the Plan |
| 4 | SMH PE Management LLC | $2,928,604.00 | Paid pursuant to the Plan |
| | **Total Class 4** | **$7,451,918.00** | **Paid pursuant to the Plan** |
| | | | |
| 5 | Ann V Welles | $17,507.00 | No distribution pursuant to the Plan |
| 5 | Ann Henry Welles | $105,041.00 | No distribution pursuant to the Plan |
| 5 | Christine K Salas | $35,014.00 | No distribution pursuant to the Plan |
| 5 | Credit Suisse First Boston Corp | $1,400,552.00 | No distribution pursuant to the Plan |
| 5 | Dan Purjes | $14,589.00 | No distribution pursuant to the Plan |
| 5 | Edward D Jones & Co FAO | $11,671.00 | No distribution pursuant to the Plan |

| CLASS | CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE | SCHEDULED AND/OR CLAIM AMOUNT | DIVIDEND PAID PURSUANT TO PLAN |
|---|---|---|---|
| 5 | Edward D Jones & Co FAO | $11,671.00 | No distribution pursuant to the Plan |
| 5 | Estate of Gillett Welles Jr | $116,713.00 | No distribution pursuant to the Plan |
| 5 | Gillett Welles III | $35,014.00 | No distribution pursuant to the Plan |
| 5 | IRA FBO Michael Kollender [Proof of claim no. 1 - disallowed & stricken per court order (DE 80)] | $14,589.00 | No distribution pursuant to the Plan |
| 5 | IRA FBO Paul Fitzgerald | $14,589.00 | No distribution pursuant to the Plan |
| 5 | James Dunphy | $14,589.00 | No distribution pursuant to the Plan |
| 5 | James Raphalian | $14,589.00 | No distribution pursuant to the Plan |
| 5 | JMG Triton Offshore Fund Ltd | $933,701.00 | No distribution pursuant to the Plan |
| 5 | Larkin Investors | $14,589.00 | No distribution pursuant to the Plan |
| 5 | Mathew Balk | $14,589.00 | No distribution pursuant to the Plan |
| 5 | Michael H Welles | $17,507.00 | No distribution pursuant to the Plan |
| 5 | Oppenheimer Capital Income Fund | $9,337,011.00 | No distribution pursuant to the Plan |
| 5 | Pershing LLC Cust FBO IRA Peter S Welles | $93,370.00 | No distribution pursuant to the Plan |
| 5 | Pramhold & Co | $408,494.00 | No distribution pursuant to the Plan |
| 5 | R Pito Salas | $46,685.00 | No distribution pursuant to the Plan |
| 5 | Sarah P Beir [Proof of claim no. 5 stricken and disallowed per court order (DE 81)] | $70,028.00 | No distribution pursuant to the Plan |
| 5 | SB Mgt Corp | $1,705,690.00 | No distribution pursuant to the Plan |
| 5 | Virginia Furth | $14,589.00 | No distribution pursuant to the Plan |
| | **Total Class 5** | $14,462,381.00 | **No distribution pursuant to the Plan** |
| | | | |
| 6 | Bronac International Inc. | Stock interest - no dollar amount | No distribution pursuant to the Plan |

| CLASS | CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE | SCHEDULED AND/OR CLAIM AMOUNT | DIVIDEND PAID PURSUANT TO PLAN |
|---|---|---|---|
| 6 | Carol M. Johnson | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | CEDE & Co | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Colette Carbon | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Crestwell Corp | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Dan Purjes | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | David J Johnson | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | David McKernan | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Dolores B Howland | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Doris M Williams TR US DTD 06/25/87 | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Elias F Mansur | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Elizabeth G Smith | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Eriru Limited | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Estil N Carter & Bernadine Carter Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Fawaz H Mouawad & Stefanja Mouawad Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Frank Sanci | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Gerald R Michaluk | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Haddad Brothers SAL | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Hannah Bennett | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Harold Glickman & Jacqueline Glickman Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Henry Issenberg Cust Sasha Issenberg | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Henry Issenberg Cust Sarina Issenberg | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Howard J Gilbert | Stock interest - no dollar amount | No distribution pursuant to the Plan |

| CLASS | CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE | SCHEDULED AND/OR CLAIM AMOUNT | DIVIDEND PAID PURSUANT TO PLAN |
|---|---|---|---|
| 6 | Inge Nissen & Philip Lance Bennett Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Issam G Elhaddad & Melvina I Elhaddad Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Jan Hedberg TTEE U/A DTD 7/28/95 | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Jimmy D Bunce | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | John A Stanley | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | John R Passalacqua | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Joseph E Jack | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Kathryn Girgente | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Kenneth Leung | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Landmark Services AVV | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Lashell A Brown | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Laura L Tamasi | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Linda L Vitelli | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Merrill Lynch Pierce Fenner & Smith Cust F/B/O Joseph Jack - IRA | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Michael Berg | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Miguel A Escudero & Silvia N Escudero Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Miguel Escudero Sr & Miguel Escudero Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Paul J Grande Cust Anthony Paul Grande Under the FL Unif Tran to Min Act | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Paul J Grande Cust Alexander J Grande Under the FL Unif Tran to Min Act | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Paul J Grande Cust Nicholas J Grande Under the FL Unif Tran to Min Act | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Peter H Burger [Proof of claim no. 3 stricken and disallowed per court order (DE 80)] | Stock interest - no dollar amount | No distribution pursuant to the Plan |

| CLASS | CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE | SCHEDULED AND/OR CLAIM AMOUNT | DIVIDEND PAID PURSUANT TO PLAN |
|---|---|---|---|
| 6 | Philip Salvatore | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Pierre Mansur | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Ronald G Marks | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Russell S Fulbright & Patricia R Fulbright Jt Ten | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Serene E Keen | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Soiree Holdings | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Steven T Newby | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | Weymouth Investments Inc | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| 6 | William Spences Gilbert | Stock interest - no dollar amount | No distribution pursuant to the Plan |
| **Total Class 6** | | Stock interest - no dollar amount | Stock interest |

The following creditors filed proofs of claim, which were stricken and disallowed per court order and therefore did not and will not receive any distribution. They are not listed above because they were not listed in the Debtor's schedules.

Proof of Claim No. 2  Waste Services of Florida Inc. [stricken and disallowed per DE 80]
Proof of Claim No. 4 Florida Dept. of Revenue [stricken and disallowed per DE 81]
Proof of Claim No. 6 IKON Financial Services [stricken and disallowed per DE 81]
Proof of Claim No. 7 Hartford Insurance Co. [stricken and disallowed per DE 87]

*MIA 181,178,289v3 4-27-10*